**Order filed July 7, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00474-CR

## IN RE RONALD E.  HAWKINS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1180372-A**

## ORDER

On June 28, 2022, relator, Ronald E. Hawkins, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

Relator's petition does not comply with Texas Rules of Appellate Procedure 52.3(k)(1)(A) and 52.7(a). Tex. R. App. P. 52.3(k)(1)(A) ("The appendix *must* contain: (A) a certified or sworn copy of any order complained of, or any other document showing the matter complained of") (emphasis added); 52.7(a) ("Relator

*must* file with the petition: (1) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding; and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained.") (emphasis added). To be a "certified or sworn copy," in accordance with Rule 52, the document must be certified by the trial court clerk or attached to either a properly prepared affidavit or an unsworn declaration. *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001.

By this order, the court gives relator notice that the petition will be dismissed unless an amended petition is filed on or before **August 8, 2022** that addresses the record issues discussed above. *See generally* Tex. R. App. P. 42.3(c); *see also In re Kholaif*, 624 S.W.3d 228, 231 (order), *mand. dism'd*, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.